UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANJAY SOOKUL, on behalf of himself and all others similarly situated,

                Plaintiff,

-v-

GOLDEN APPLE INDUSTRIES, INC.,

                Defendant.

CIVIL ACTION NO.: 22 Civ. 9203 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On December 8, 2022, the Court directed the parties to file their Report of Rule 26(f) Meeting and Proposed Case Management Plan (the "Report") by Wednesday, January 4, 2023. To date, the parties have not filed the Report. Accordingly, by **Friday, January 6, 2023**, the parties shall file the Report.

Dated:    New York, New York
             January 5, 2023

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**