UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANJAY SOOKUL, on behalf of himself and all others similarly situated,

                Plaintiff,

-v-

GOLDEN APPLE INDUSTRIES, INC.,

                Defendant.

CIVIL ACTION NO.: 22 Civ. 9203 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On December 8, 2022, the Court directed the parties to file their Report of Rule 26(f) Meeting and Proposed Case Management Plan (the "Report") by Wednesday, January 4, 2023. On Thursday, January 5, 2023, noting the parties' failure to file the Report, the Court sua sponte extended the parties' deadline to file the Report to Friday, January 6, 2023. To date, the parties have not filed the Report. Accordingly, the Court orders as follows:

1. The initial conference scheduled for Wednesday, January 11, 2023 at 12:00 p.m. is ADJOURNED sine die.

2. All fact discovery shall be completed by no later than **Monday, April 10, 2023**. By **Monday, April 17, 2023**, the parties shall file a joint letter certifying the completion of fact discovery.

3. By **Friday, January 20, 2023**, Plaintiff shall disclose the information required by Rule 26(a)(1) of the Federal Rules of Civil Procedure. Plaintiff shall produce by then an

initial set of relevant documents identified in their Initial Disclosures and will continue to supplement their production.

4. By **Friday, January 27, 2023**, Defendant shall disclose the information required by Rule 26(a)(1) of the Federal Rules of Civil Procedure.  It shall produce by then an initial set of relevant documents identified in its Initial Disclosures and will continue to supplement its production.

5. Depositions shall be completed by no later than **Monday, April 10, 2023**.

6. Initial sets of interrogatories shall be served on or before **Friday, February 10, 2023**. All subsequent interrogatories must be served no later than 30 days before the fact discovery deadline.

7. Requests for Admission must be served on or before **Tuesday, February 28, 2023**, and in any event no later than 30 days before the fact discovery deadline.

8. Initial requests for production will be exchanged on **Friday, January 27, 2023**, and responses shall be due on **Friday, February 10, 2023**.

9.  The last day to amend the pleading pursuant to Federal Rule of Civil Procedure Rule 15 is **Tuesday, February 28, 2023**.

10. To the extent the parties intend to engage in expert discovery, all discovery shall be completed by **Thursday, May 25, 2023**.  By **Thursday, June 1, 2023**, the parties shall file a joint letter certifying the completion of all discovery.

11. By **Monday, April 3, 2023**, the parties shall file a joint letter advising the Court whether they (i) intend to exchange expert discovery, and (ii) are interested in a

settlement conference with the Court, or alternatively, a referral to the mediation program.

12. A telephonic status conference is scheduled for **Wednesday, March 22, 2023 at 10:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

13. Absent extraordinary circumstances, no extensions to the discovery deadlines shall be granted.

Dated:   New York, New York
         January 9, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**